IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, John W | Case Number: 07 B 14826 |
|---|---|---|
| | Banks, Laurene E | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 8/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 475.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 449.35 |
| Trustee Fee: |  | 25.65 |
| Other Funds: |  | 0.00 |
| Totals: | 475.00 | 475.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,574.00 | 449.35 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 10,000.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 60.50 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 68.30 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 56.32 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 17.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 22.05 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 308.69 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 30.70 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 40.39 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 310.03 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 58.75 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 32.03 | 0.00 |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 17. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 18. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 19. | Monterey Financial Services | Unsecured |  | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 24. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 25. | Providian Financial | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Banks, John W  
        Banks, Laurene E  
        Printed: 4/8/08

Case Number: 07 B 14826  
Judge: Hollis, Pamela S  
Filed: 8/16/07

      _____    _____  
      $ 13,578.76    $ 449.35

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.65 |
|  | _____ |
|  | $ 25.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____